IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
Aberdeen Division

RHONDA RENEE FLOYD,

    Plaintiff,

v.                                              Civil Action No.: 1:19-cv-00161-JMV

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## **ORDER**

AND NOW this 1st day of May, 2020, Plaintiff's Motion for Leave to Attend Oral Argument Via Telephone [16] is hereby GRANTED.

                                                                     /s/ Jane M. Virden_____
                                                                     U. S. MAGISTRATE JUDGE